FILED
CLERK, U.S. DISTRICT COURT

NOV 26 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANA MARIE DELIRA,<br><br>        Defendant. | Case No.:MJ-25-074023<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A.   (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _absconded from supervision; substance abuse issues; allegation that she did not appear for mental health counseling; question as to whether defendant has residence_

and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _____

_____

_____

_____

   IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 26, 2025

_____
ALICIA G. ROSENBERG
United States Magistrate Judge